UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENICE JACKSON,

    Plaintiff,

v.                                CASE NO: 8:06-CV-1759-T-30MAP

HOBART ENTERPRISES, INC. and
LARRY GREENBAUM,

    Defendants.
_____/

## ORDER

This cause comes before the Court *sua sponte*. A review of the file reveals that the corporate Defendant has failed to obtain counsel as required by this Court's Order (Dkt. #24) entered on September 27, 2007. Accordingly, it is therefore

ORDERED AND ADJUDGED that:

1. The Clerk shall enter a Default against HOBART ENTERPRISES, INC.

**DONE** and **ORDERED** in Tampa, Florida on February 4, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1759.default corp.wpd