UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DENICE JACKSON,**

    **Plaintiff,**

**v.**                                                          Case No.  8:06-cv-1759-T-30MAP

**HOBART ENTERPRISES, INC.,**

    **Defendant.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon Mediator's Motion to Enforce Payment of Mediator's Fees and Memorandum in Support (Dkt. #34).  The Court, having considered the motion, memorandum, and being otherwise advised in the premises, concludes that the Mediator's motion should be granted.

    This case was mediated on April 10 and 11, 2008.  Defendant Larry Greenbaum was sent an invoice on April 15, 2008 in the amount of $775.00, which represented his share of the mediation fee.  Mr. Greenbaum failed to pay the mediation fee.  On May 4, 2008, Guy Spicola, a Court appointed mediator, filed a Motion to Enforce Payment of Mediator's Fees requesting this Court to enter an Order enforcing payment of mediation fees in the amount of $775.00.  Mr. Greenbaum failed to respond to Mr. Spicola's motion.

    On May 21, 2008, this Court entered an Order to Show Cause (Dkt. #35) directing Mr. Greenbaum to respond within eleven days to the Motion to Enforce Payment of Mediator's Fees or show cause why the Court should not impose sanctions against him, including the

striking of his Answer and entry of final judgment. Mr. Greenbaum failed to respond to this Court's order. Furthermore, Mr. Greenbaum has not asserted an inability to afford the mediation fee in question.

Accordingly, the Court concludes that sanctions are appropriate.

It is therefore ORDERED AND ADJUDGED that:

1. Mediator's Motion to Enforce Payment of Mediator's Fees and Memorandum in Support (Dkt. #34) is **GRANTED**.

2. The Clerk is directed to **STRIKE** Defendant Larry Greenbaum's Answer and Affirmative Defenses to the Amended Complaint (Dkt. #11).

3. The Clerk is also directed to enter a **DEFAULT** against Defendant Larry Greenbaum.

4. Plaintiff is directed to submit appropriate proof of final judgment against Defendant.

**DONE** and **ORDERED** in Tampa, Florida on June 13, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1759.mt enforce med 34.wpd