**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DENICE JACKSON,**

    **Plaintiff,**

v.                                                 Case No.  8:06-cv-1759-T-30MAP

**HOBART ENTERPRISES, INC. and
LARRY GREENBAUM,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Default Final Judgment as to Defendants Hobart Enterprises, Inc., and Larry Greenbaum, Individually, and Incorporated Memorandum of Law (Dkt. #41), Affidavit of Denice Jackson (Dkt. #42), and Affidavit of Carlos Leach (Dkt. #43).  The Court, having considered the motion, memorandum in support, affidavits, and being otherwise advised in the premises, concludes that Plaintiff's motion should be granted.

On February 5, 2008, a Clerk's Entry of Default (Dkt. #30) was entered against Defendant Hobart Enterprises, Inc.  On June 16, 2008, a Clerk's Entry of Default was entered against Defendant Larry Greenbaum.   Neither defendant has filed a response in opposition to Plaintiff's Motion for Entry of a Default Judgment.

Plaintiff's affidavit supports an entitlement to unpaid wages totaling $11,992.69 (consisting of $9,314.69 in unpaid overtime wages and $2,678.00 in unpaid minimum

wages). Plaintiff also asserts that she is entitled to an award of reasonable attorney fees in the amount of $4,230.00 (14.1 hours at $300/hr) and costs in the amount of $1,222.90.[1]

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Entry of Default Final Judgment as to Defendants Hobart Enterprises, Inc., and Larry Greenbaum, Individually, and Incorporated Memorandum of Law (Dkt. #41) is **GRANTED**.

2. The Clerk is directed to enter **DEFAULT FINAL JUDGMENT** in favor of Plaintiff Denice Jackson and against Defendants Hobart Enterprises, Inc. and Larry Greenbaum, jointly and severally, in the amount of **$17,445.59** (consisting of $11,992.69 in unpaid wages and $5,452.90 in reasonable attorneys fees and costs).

3. The Clerk is also directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on August 8, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1759.mt default jud 41.wpd

---

[1] The Court will not authorize payment for photocopies, long distance telephone charges, and postage. Accordingly, the Court deducted $58.42 from Plaintiff's expense request.