UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENICE JACKSON,

    Plaintiff,

v.                                        Case No: 8:06-cv-1759-T-30MAP

HOBART ENTERPRISES, INC., LARRY
GREENBAUM and BRANCH BANKING
AND TRUST COMPANY,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #63). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #63) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Final Judgment of Garnishment (Dkt. #55) is GRANTED.

3. The Court hereby enters a final judgment of garnishment against garnishee BRANCH BANKING AND TRUST COMPANY in the amount of $10,873.69.

4. The Clerk is directed to enter a final judgment of garnishment against garnishee BRANCH BANKING AND TRUST COMPANY in the amount of $10,873.69.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of April, 2017.

			JAMES S. MOODY, JR.
			UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record